# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

**Case No.: 9:18-CV-81296-DMM**

TARA WOOD,

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

**NOTICE IS HEREBY GIVEN** that Plaintiff Tara Wood and Capital One Bank (USA), N.A., ("Capital One"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Voluntary Dismissal/Stipulated Dismissal with/without Prejudice within the next sixty (60) days. Plaintiff requests the Court vacate all deadlines in this matter, as to Defendant Capital One Bank (USA), N.A. only/as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

//

//

//

Respectfully submitted this 3rd day of May 2019.

        PRICE LAW GROUP, APC

        By: */s/ Tarek N. Chami*
        Tarek N. Chami – P76407
        22000 Michigan Ave., Suite 200
        Dearborn, MI 48124
        P: (313) 444-5029
        F: (888) 428-7911
        E: tarek@pricelawgroup.com

        SWIFT & ISRINGHAUS, P.A.

        By: /s/ *Aaron M. Swift*
        Aaron M. Swift, Esq. – FBN 93088
        10460 Roosevelt Blvd N., Suite 313
        St. Petersburg, FL 33716
        aswift@swift-law.com
        Phone: 727-490-9919
        Fax: 727-255-5332
        Attorneys for Plaintiff Tara Wood

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 3, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

      PRICE LAW GROUP, APC

      */s/ Florence Lirato*