# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

**Case No.: 9:18-CV-81296-DMM**

TARA WOOD,

      Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

      Defendant.

## STIPULATION FOR DISMISSAL OF CAPITAL ONE BANK (USA), N.A. WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Tara Wood and Defendant Capital One Bank (USA), N.A. ("Capital One"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Capital One. The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expenses.

//

//

//

//

//

//

//

Respectfully submitted this 13th date of May 2019.

| | |
|---|---|
| PRICE LAW GROUP, APC | BALLARD SPAHR LLP |
| By: */s/ Tarek N. Chami* <br> Tarek N. Chami – P76407 <br> 22000 Michigan Ave., Suite 200 <br> Dearborn, MI 48124 <br> P: (313) 444-5029 <br> F: (888) 428-7911 <br> E: tarek@pricelawgroup.com | By: */s/ Jenny Perkins* <br> Jenny Perkins <br> 1735 Market Street, 51st Floor <br> Philadelphia, PA 19103-7599 <br> P: (215) 864-8378 <br> F: (215) 864-8999 <br> E: perkinsj@ballardspahr.com <br> *Attorneys for Defendant* <br> *Capital One Bank (USA), N.A.* |

SWIFT & ISRINGHAUS, P.A.

By: */s/ Aaron M. Swift*
Aaron M. Swift, Esq. – FBN 93088
10460 Roosevelt Blvd N., Suite 313
St. Petersburg, FL 33716
aswift@swift-law.com
Phone: (727) 490-9919
Fax: (727) 255-5332
*Attorneys for Plaintiff Tara Wood*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

                                              PRICE LAW GROUP, APC

                                              */s/ Florence Lirato*